No. 99–1792.  Director of Revenue of Missouri v. CoBank ACB, as Successor to the National Bank for Coopera-

TIVES. Sup. Ct. Mo. Certiorari granted limited to the following question: "Does 12 U. S. C. § 2134 authorize States to tax the income of the National Bank for Cooperatives, a federally chartered instrumentality of the United States?"